UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSIAH DEES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| ALVIN DAVIS, in his individual ) | |
| and official capacities, ) | |
| FRITZ ROMMEL, in his individual ) | |
| and official capacities, and the ) | |
| CITY OF FORT WAYNE, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, Josiah Dees ("Plaintiff"), by counsel, hereby brings this action against the Defendants, Alvin Davis ("Defendant Davis"), Fritz Rommel ("Defendant Rommel"), and the City of Fort Wayne ("Defendant CFW") (collectively "Defendants"), pursuant to U.S.C. § 1983 ("Section 1983"), alleging that Defendants have violated his rights as protected by the Fourth and Fourteenth Amendments to the United States Constitution.

### I.   PARTIES, JURISDICTION, AND VENUE

1. Plaintiff is an individual and has resided within the Northern District of Indiana, Fort Wayne Division, at all relevant times.

2. Defendant Davis and Defendant Rommel are individuals and have resided and worked as a law enforcement officers within the Northern District of

Indiana, Fort Wayne Division, at all relevant times. Defendant CFW is a municipality located within the Northern District of Indiana, Fort Wayne Division.

3. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331, 28 U.S.C. § 1343, 42 U.S.C. § 1983 and 42 U.S.C. § 1988.

4. All of the events, transactions and occurrences giving rise to this lawsuit occurred within the geographical environs of the Northern District of Indiana, Fort Wayne Division, and all parties are located therein.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## II. FACTUAL ALLEGATIONS

6. On or about June 15, 2020, Plaintiff was on a public sidewalk near the corner of South Clinton Street and East Main Street in Fort Wayne, Indiana.

7. During that time, a political protest was taking place in downtown Fort Wayne.

8. Plaintiff began speaking with multiple officers while standing on the sidewalk.

9. During that conversation, Defendant Davis approached Plaintiff from behind those officers, inserted himself between the officers, and pepper-sprayed Plaintiff in the face.

10. On that date, Defendant Davis was a police officer with the Fort Wayne Police Department ("FWPD").

11. On that date, Defendant Davis was on duty for FWPD.

12. On that date, Defendant Davis was dressed in full uniform for FWPD.

13. Plaintiff did nothing to provoke, justify or warrant Defendant Davis's actions.

14. On or about June 15, 2020, Defendant Rommel authored an *Affidavit for Probable Cause* ("PCA") regarding the foregoing events.

15. Defendant Rommel knowingly and intentionally included material facts in the PCA which he knew to be false and omitted material facts from the PCA.

16. A judicial officer relied upon those false facts in finding probable cause for Plaintiff's arrest.

17. Plaintiff was later arrested.

18. As a result of Defendants' actions, Plaintiff suffered and continues to suffer harm.

### III.  LEGAL CAUSES OF ACTION

### COUNT I

### DEFENDANT DAVIS in his individual capacity

### FOURTH AMENDMENT

### UNREASONABLE SEARCH AND SEIZURE

### EXCESSIVE FORCE

19. Defendant Davis's actions against Plaintiff constitute excessive force and an unlawful seizure under the Fourth Amendment.

20. The amount of force used by Defendant Davis was unreasonable.

21. Defendant Davis's actions violated Plaintiff's Fourth Amendment rights.

22. Defendant Davis's actions were performed under color of state law.

23. Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant Davis's unlawful actions.

## COUNT II

## DEFENDANT ROMMEL in his individual capacity

## FOURTH AMENDMENT

## UNREASONABLE SEARCH AND SEIZURE

## FALSE ARREST

24. Defendant Rommel engaged in actions against Plaintiff which constitute false arrest.

25. Defendant Rommel engaged in actions which caused Plaintiff to be arrested without probable cause.

26. Defendant Rommel arrested Plaintiff without probable cause.

27. Defendant Rommel violated Plaintiff's Fourth Amendment rights.

28. Defendant Rommel actions were performed under color of state law.

29. Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant Rommel's unlawful actions.

## COUNT III

### DEFENDANT ROMMEL in his individual capacity

### FOURTEENTH AMENDMENT

### DUE PROCESS VIOLATION

30. Defendant Rommel engaged in actions which deprived Plaintiff of due process under the law.

31. Defendant Rommel engaged in actions which caused Plaintiff to be arrested without probable cause.

32. Defendant Rommel arrested Plaintiff without probable cause.

33. Defendant Rommel violated Plaintiff's Fourteenth Amendment rights.

34. Defendant Rommel actions were performed under color of state law.

35. Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant Rommel's unlawful actions.

## COUNT IV

### DEFENDANT DAVIS in his official capacity and DEFENDANT CFW

*MONELL V. DEP'T OF SOC. SERVS. OF CITY OF NEW YORK,*
436 U.S. 658 (1978) (hereinafter "*MONELL*")

### FOURTH AMENDMENT

### UNREASONABLE SEARCH AND SEIZURE

### EXCESSIVE FORCE

36. Defendant Davis's actions against Plaintiff constitute excessive force and an unlawful seizure under the Fourth Amendment.

37. The amount of force used by Defendant Davis was unreasonable.

38. Defendant Davis's actions violated Plaintiff's Fourth Amendment rights.

39. Defendant Davis's actions were performed under color of state law.

40. Defendant Davis's unlawful actions were the result of an official policy of Defendant CFW, a custom of Defendant CFW and/or Defendant CFW's deliberate indifference in failing to train or supervise Defendant Davis.

41. Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant Davis's and Defendant CFW's unlawful actions.

## COUNT V

## DEFENDANT ROMMEL in his official capacity and DEFENDANT CFW

## *MONELL*

## FOURTH AMENDMENT

## UNREASONABLE SEARCH AND SEIZURE

## FALSE ARREST

42. Defendant Rommel engaged in actions against Plaintiff which constitute false arrest.

43. Defendant Rommel engaged in actions which caused Plaintiff to be arrested without probable cause.

44. Defendant Rommel arrested Plaintiff without probable cause.

45. Defendant Rommel violated Plaintiff's Fourth Amendment rights.

46. Defendant Rommel actions were performed under color of state law.

6

47. Defendant Rommel's unlawful actions were the result of an official policy of Defendant CFW, a custom of Defendant CFW and/or Defendant CFW's deliberate indifference in failing to train or supervise Defendant Rommel.

48. Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant Rommel and Defendant CFW's unlawful actions.

## COUNT VI

**DEFENDANT ROMMEL in his official capacity and DEFENDANT CFW**

*MONELL*

**FOURTEENTH AMENDMENT**

**DUE PROCESS VIOLATION**

49. Defendant Rommel engaged in actions which deprived Plaintiff of due process under the law.

50. Defendant Rommel engaged in actions which caused Plaintiff to be arrested without probable cause.

51. Defendant Rommel arrested Plaintiff without probable cause.

52. Defendant Rommel violated Plaintiff's Fourteenth Amendment rights.

53. Defendant Rommel actions were performed under color of state law.

54. Defendant Rommel's unlawful actions were the result of an official policy of Defendant CFW, a custom of Defendant CFW and/or Defendant CFW's deliberate indifference in failing to train or supervise Defendant Rommel.

55. Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant Rommel and Defendant CFW's unlawful actions.

## COUNT VII

## DEFENDANT CFW

## RESPONDEAT SUPERIOR

56.	Defendant CFW is liable for the false arrest and excessive force committed against Plaintiff by Defendants Davis and Rommel.

57.	Defendant CFW employed the officers who committed false arrest and excessive force while acting in the scope of their employment.

58.	Defendant CFW's unlawful actions were the result of an official policy of Defendant CFW, a custom of Defendant CFW and/or Defendant CFW's deliberate indifference in failing to train or supervise Defendant Rommel

59.	Plaintiff suffered harm, and continues to suffer harm, as a result of Defendant CFW's unlawful actions.

## REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find for him and order:

1.	Defendants to pay compensatory damages to Plaintiff, including, but not limited to, for mental and emotional distress, pain and suffering, medical expenses, and economic losses;

2.	Defendants to pay punitive damages to Plaintiff;

3.	Defendants to pay pre- and post-judgment interest to Plaintiff on all recoverable sums;

4.	Defendants to pay Plaintiff's reasonable attorneys' fees and costs incurred in litigating this action;

5. Injunctive relief; and

6. Defendants to pay to Plaintiff any and all other legal and/or equitable damages this Court deems just and proper to grant.

Respectfully submitted,

| | |
|---|---|
| *s/ Clifford M. Robinson* | *s/ Spenser G. Benge (by permission)* |
| Clifford M. Robinson | Spenser G. Benge, Esq. |
| Attorney No. 30826-49 | Attorney No. 33955-48 |
| The Law Office of | The Law Office of Spenser G. Benge |
| Clifford M. Robinson, LLC | 3737 S. Scatterfield Rd., Ste. 200 |
| 205 W. Washington St. | Anderson, Indiana 46013 |
| Rensselaer, IN 47978 | Telephone: (765) 610-4062 |
| O: 219.964.4288 \| F: 219.866.8844 | Facsimile: (765) 640-1332 |
| cmrobinson@cmrobinsonlaw.com | Email: spenser@bengelawoffice.com |

## DEMAND FOR JURY TRIAL

The Plaintiff, Josiah Dees ("Plaintiff"), by counsel, respectfully requests a jury trial for all triable issues.

Respectfully submitted,

| | |
|---|---|
| *s/ Clifford M. Robinson* | *s/ Spenser G. Benge (by permission)* |
| Clifford M. Robinson | Spenser G. Benge, Esq. |
| Attorney No. 30826-49 | Attorney No. 33955-48 |
| The Law Office of | The Law Office of Spenser G. Benge |
| Clifford M. Robinson, LLC | 3737 S. Scatterfield Rd., Ste. 200 |
| 205 W. Washington St. | Anderson, Indiana 46013 |
| Rensselaer, IN 47978 | Telephone: (765) 610-4062 |
| O: 219.964.4288 \| F: 219.866.8844 | Facsimile: (765) 640-1332 |
| cmrobinson@cmrobinsonlaw.com | Email: spenser@bengelawoffice.com |